Kaleigh N. Boyd (OSB #253094)
Jason T. Dennett (*pro hac vice anticipated*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kboyd@tousley.com
Email: jdennett@tousley.com

*[Additional counsel listed on signature page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| LILLIAN DERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL SERVICES, INC.,<br><br>Defendant. | Case No.: 6:25-cv-1857-AP<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND INCORPORATED BRIEF IN SUPPORT** |
| BOBBI RANGEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL SERVICES, INC.,<br><br>Defendant. | Case No.: 6:25-cv-01858-AP |
| LON DEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL SERVICES, INC.,<br><br>Defendant. | Case No.: 6:25-cv-01876-AP |

ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

WHEREAS, Plaintiffs Lillian Derry, Bobbi Rangel, and Lon Dean ("Plaintiffs") jointly move, pursuant to Federal Rule of Civil Procedure 42, to consolidate the related actions, *Lillian Derry v. Cardinal Services, Inc.*, No. 6:25-cv-1857-AP ("*Derry*"), *Bobbi Rangel v. Cardinal Services, Inc.*, No. 6:25-cv-01858-AP ("*Rangel*"), and *Lon Dean v. Cardinal Services, Inc.*, No. 6:25-cv-01876-AP ("*Dean*") (together, "Related Actions"), and

WHEREAS, pursuant to Federal Rule of Civil Procedure 23(g)(3), Plaintiffs moved for the appointment of Interim Co-Lead Class Counsel,

WHEREAS, Defendant Cardinal Services, Inc. has not appeared in the case and therefore has taken no position on Plaintiffs' Motion to Consolidate or to appoint Interim Co-Lead Class Counsel, but no Opposition having been received,

WHEREAS, the Court has carefully reviewed the motion and exhibits attached thereto, as well as all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record, it is hereby **ORDERED** that:

1. Related Matters *Lillian Derry v. Cardinal Services, Inc.*, No. 6:25-cv-1857-AP ("*Derry*"), *Bobbi Rangel v. Cardinal Services, Inc.*, No. 6:25-cv-01858-AP ("*Rangel*"), and *Lon Dean v. Cardinal Services, Inc.*, No. 6:25-cv-01876-AP ("*Dean*") (together, "Related Actions"), shall be consolidated for all purposes. The Derry case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 6:25-cv-01857-AP and shall bear the following caption:

ORDER GRANTING
PLAINTIFFS' MOTION FOR
CONSOLIDATION - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| In re: Cardinal Services, Inc. Data Security Incident | Lead Case No. 6:25-cv-1857-AP |

2. All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 (in that they are based on the same or similar facts and circumstances) shall be consolidated into the Consolidated Action.

3. All pending deadlines and hearings in the Related Actions actions are struck;

4. Defendant need not file a response to the current complaints in the Related Actions;

5. Kaleigh N. Boyd of Tousley Brain Stephens PLLC, Jeff Ostrow of Kopelowitz Ostrow P.A., John J. Nelson of Milberg Coleman Bryson Phillips Grossman PLLC, and Leanna A. Loginov of Shamis & Gentile, P.A shall serve as Interim Co-Lead Class Counsel;

   a. Interim Co-Lead Class Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

   b. Interim Co-Lead Class Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, settlement discussion, or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiff except through Co-Lead Counsel;

   c. Defendant's counsel may rely upon all agreements made with Interim Co-Lead Class Counsel, or other duly authorized representatives of Interim Co-Lead Class Counsel, and such agreements shall be binding on all Plaintiffs;

6. Initial deadlines for the Consolidated Action are as follows:

ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

a. Interim Co-Lead Class Counsel shall file a Consolidated Complaint no later than 30 days following entry of this Order;

**IT IS SO ORDERED.**

Dated: October 28, 2025

   /s/Amy E. Potter
Amy E. Potter
United States Magistrate Judge

Presented By:

*/s/Kaleigh N. Boyd*
Kaleigh N. Boyd (OSB #253094)
Jason T. Dennett*
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kboyd@tousley.com
Email: jdennett@tousley.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
1 W Las Olas Blvd, Suite 500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: ostrow@kolawyers.com

John J. Nelson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
Email: lloginov@shamisgentile.com

ORDER GRANTING PLAINTIFFS'
MOTION FOR CONSOLIDATION - 4

*Attorneys for Plaintiffs and the Proposed Class*

*pro hac vice forthcoming

ORDER GRANTING
PLAINTIFFS' MOTION FOR
CONSOLIDATION - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992