Kaleigh N. Boyd, OSB No. 253094
**MCNAUL EBEL**
600 University Street, Suite 2700
Seattle, WA 98101
Tel: (206) 359-9332
kboyd@mcnaul.com

*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: CARDINAL SERVICES, INC. DATA SECURITY INCIDENT | **Lead Case No. 6:25-CV-1857-AP** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Lillian Derry, Bobbi Rangel, and Lon Dean, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims without prejudice.

Date: May 4, 2026

Respectfully Submitted,

*/s/ Kaleigh N. Boyd*
Kaleigh N. Boyd, OSB No. 253094
**MCNAUL EBEL**
600 University Street, Suite 2700
Seattle, WA 98101
Tel: (206) 359-9332
kboyd@mcnaul.com

Jeff Ostrow*
Ken Grunfeld*
**KOPELOWITZ OSTROW P.A.**
1 W Las Olas Blvd, Suite 500
Ft. Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com
grunfld@kolawyers.com

John J. Nelson*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA  90212
Tel.: (858) 209-6941
jnelson@milberg.com

Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel.: (305) 479-2299
lloginov@shamisgentile.com

*Attorneys for Plaintiffs*